IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WARDEN OF THE GWINNETT COUNTY DETENTION CENTER,<br><br>            Plaintiff,<br><br>v.<br><br>CHRISTOPHER RIGAUD CABANE, a/k/a Chriszoe El,<br><br>            Defendant. | 1:14-cv-2814-WSD |

## ORDER

This matter is before the Court on Christopher Rigaud Cabane's ("Cabane") Notice of Removal with Complaint [3] ("Notice of Removal").

On September 2, 2014, Cabane filed his Application for Leave to Proceed *In Forma Pauperis* [1] ("Application"). On September 4, 2014, Magistrate Judge Gerrilyn G. Brill granted [2] Cabane's Application and directed that the Notice of Removal be submitted for a frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B).

The Court has reviewed Cabane's Notice of Removal, and has determined that it does not meet the requirements of 28 U.S.C. § 1446, which sets out the procedure for removal of civil actions from state court. Cabane failed to meet the requirements of Section 1446 by failing to include a "short and plain statement of

the grounds for removal." 28 U.S.C. § 1446(a). He also failed to provide "a copy of all process, pleadings, and orders served upon" him. Id. Because Cabane has failed to include these documents, the Court also is unable to determine whether Cabane filed his Notice of Removal "within 30 days after the receipt . . . of a copy of the initial pleading," as required by Section 1446(b)(1).

Cabane's Notice of Removal consists of fourteen pages of conspiratorial and outlandish allegations, including that "The Treaty of Peace and Friendship of Eighteen Hundred and Thirty-Six (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1," (Notice of Removal at 11) and that "The Moors are the founders and are the true possessors of the present Moroccan Empire," (id. at 2). Because the Notice of Removal is largely incomprehensible, it is not apparent that the Court has jurisdiction over this action.[1]

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that Christopher Rigaud Cabane shall file, on or before January 15, 2015, an amended Notice of Removal including a short and plain statement of the grounds for removal, and include a copy of all process,

---

[1] Cabane's Notice of Removal states that jurisdiction is appropriate pursuant to "Article III Section 2 for The United States Republic." (Notice of Removal at 1).

pleadings, and orders served upon him in the state court action that he seeks to remove in accordance with 28 U.S.C. § 1446. Failure to comply with this Order shall result in dismissal of this action pursuant to Local Rule 41.3A(2).

**SO ORDERED** this 14th day of December, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE